Opinion issued
October 6, 2011.



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-10-00620-CR

———————————

Robert Lynn Hall, Appellant

V.

The
State of Texas, Appellee



 



 

On Appeal from the 263rd
District Court

Harris County, Texas



Trial Court Case No. 1213142

 



 

 

MEMORANDUM
OPINION

 

          Robert
Lynn Hall was charged by indictment of aggravated robbery  and pleaded not guilty.  After a jury found him guilty, the trial
court found true the allegations in an enhancement paragraph and assessed
punishment at 30 years’ confinement.  In his
sole issue on appeal, Hall contends that the judgment of the trial court should
be modified to reflect that his punishment was assessed by the trial court, not
the jury.  We modify the judgment and, as
modified, affirm.

MODIFICATION OF JUDGMENT

          Hall’s sole claim on appeal is that
the judgment should be modified to reflect that the trial judge (and not the
jury) assessed punishment.  The State
agrees that the judgment should be so modified.

          “An appellate court has the power to
correct and reform a trial court judgment to make the record speak the truth
when it has the necessary data and information to do so, or make any
appropriate order as the law and nature of the case may require.”  Nolan v. State, 39 S.W.3d 697, 698 (Tex. App.—Houston [1st Dist.] 2001,
no pet.).  Under Rule 43.2(b) of the Texas Rules of Appellate Procedure,
rather than correcting and reforming a judgment, the “Court of Appeals may . .
. modify the trial court’s judgment and affirm it as modified.”  Tex.
R. App. P. 43.2(b).

          We sustain Hall’s sole issue. 




 

CONCLUSION

          We modify the trial court’s judgment
to show that appellant’s punishment was assessed by the trial court and not by
the jury.  We affirm the judgment as
modified.  We overrule all pending
motions as moot.

 

 

                                                                   Rebeca
Huddle

                                                                   Justice


 

Panel consists of Chief
Justice Radack and Justices Bland and Huddle.

Do not publish.   Tex. R. App. P. 47.2(b).